UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN FRANCISCO, et al.,[1]<br><br>　　　　　Defendants. | Case No. 25-cv-02018-PHK<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO AMEND FINANCIAL AFFIDAVIT**<br><br>Re: Dkt. 2 |

# ORDER TO SHOW CAUSE

On April 17, 2025, the Court issued an order denying Plaintiff Pete Chavez's application to proceed *in forma pauperis* and granting him **thirty (30) days**. [Dkt. 6]. In the order, the Court warned Plaintiff Chavez "that failure to prosecute this action, including failure to abide by Court deadlines and Orders, may result in negative consequences for this action, including potential sanctions and dismissal of this case." *Id.*

Plaintiff Chavez's amended application was due May 19, 2025. On June 4, 2025, Judge Kang's Courtroom Deputy emailed and called Plaintiff Chavez to follow up as a courtesy before taking formal action. Plaintiff Chavez's phone number on file is currently out of service.

To date, Plaintiff Chavez has not filed an amended affidavit or otherwise communicated with the Court regarding this deficiency.

---

[1] Plaintiff Chavez filed suit against Defendant "San Fransisco;" however, from the allegations in the Complaint it appears that he intended to file suit again San Francisco. [Dkt. 1]. The Court directs the Clerk's Office to correct this typographical mistake. *Est. of Hernandez-Rojas v. United States*, No. 11-CV-0522-L DHB, 2013 WL 5353822, at *2 (S.D. Cal. Sept. 24, 2013) (a court may correct a clear typographical error rather than a substantive error).

1    Accordingly, the Court **ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING** by
2 **July 14, 2025**, why this case should not be dismissed for failure to prosecute and/or failure to comply
3 with a court order.  Plaintiff Chavez may satisfy this Order by filing a completed amended financial
4 affidavit.  Failure to timely respond to this Order may result in the dismissal of this action.
5    Plaintiff Chavez is also **ORDERED** to update his contact information, including his
6 telephone number, with the Clerk of Court.
7 **IT IS SO ORDERED.**
8 Dated: June 11, 2025

PETER H. KANG
United States Magistrate Judge