United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 25-cv-02018-PHK<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO STAY**<br><br>Re: Dkt. 4 |

# ORDER

*Pro se* Plaintiff Pete Chavez alleges civil rights violations, pursuant to 42 U.S.C. § 1983, against the City of San Francisco, the San Francisco Police Department, Officer Tiffe, Moody, Eric Reboli, Mathew Kenny, and DOES 1–10 (collectively "Defendants"). [Dkt. 1]. Contemporaneously, Plaintiff Chavez moved for *in forma pauperis* status. [Dkt. 3]. On February 26, 2025, Plaintiff Chavez filed a motion to stay his probation conditions. [Dkt. 4]. However, under 28 § 1915, the mandatory screening requirement is a prerequisite for the initiation of the case; therefore, the Court need not make a finding on the motion to stay until after the Court concludes the mandatory screening requirement.

As such, Plaintiff Chavez's motion to stay is **DENIED WITHOUT PREJUDICE** as **MOOT**. Any briefing schedule or hearing set in connection with that motion is **HEREBY VACATED**. Plaintiff Chavez may refile his motion to stay after the Court has completed the Section 1915 screening. **IT IS SO ORDERED.**

Dated: July 1, 2025

_____
PETER H. KANG
United States Magistrate Judge